ORIGINAL

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| MICHAEL YODER | ) 1:19MJ - 95 |
| | ) |
| | ) |
| Defendant(s) | ) |

FILED 19 SEP 13 PM 1:23

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 6 - 9, 2019__ in the county of __Allen__ in the __Northern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3) <br> 18 U.S.C. § 924(*l*) | On or about September 6 - 9, 2019, MICHAEL YODER, knowingly possessed a firearm in or affecting commerce while he was an unlawful user of or addicted to a controlled substance, knowing that he was an unlawful user of or addicted to a controlled substance, in violation of 18 U.S.C. § 922 (g)(3), and that, from on or about September 6, 2019 through and including on or about September 9, 2019, MICHAEL YODER willfully and knowingly stole a firearm which was moving as, or was a part of, or which had moved in, interstate commerce, in violation of 18 U.S.C. § 924(*l*) |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

ATF SA Andrew Badowski
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/13/2019

s/ Susan Collins
*Judge's signature*

City and state: Fort Wayne, Indiana

Susan Collins, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Comes now your Affiant, Andrew Badowski, Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF"), first being duly sworn, now deposes and states as follows:

I am a Special Agent with ATF and have been so employed for over 14 years. Prior to joining ATF, I was a police officer with the Indianapolis Police Department in Indianapolis, Indiana, for 7 years. I am presently assigned to the Fort Wayne, Indiana, Field Office. My duties include enforcement of the federal firearm laws under Title 18 of the United States Code. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy, and as a result of my training and experience as an ATF special agent, I am familiar with federal criminal laws and federal firearms laws.

This Affidavit is being submitted for the limited purpose of securing an arrest warrant for Michael A. YODER (hereinafter "YODER"). Since this Affidavit is being submitted for the limited purpose of securing an arrest warrant for YODER, your Affiant has not included each and every fact known concerning this investigation. Your Affiant has set forth only the facts that are necessary to establish probable cause. The information contained in this affidavit is based in part upon your Affiant's own personal observations, training and experience. The information contained in this affidavit is also based upon

information provided to your Affiant by other law enforcement officers or from court documents.

Based on my investigation, I have probable cause to believe that from on or about September 6, 2019 through and including on or about September 9, 2019, in the Northern District of Indiana, YODER knowingly possessed a firearm in or affecting commerce while he was an unlawful user of or addicted to a controlled substance, knowing that he was an unlawful user of or addicted to a controlled substance, in violation of 18 U.S.C. § 922(g)(3), and that, from on or about September 6, 2019 through and including on or about September 9, 2019, YODER willfully and knowingly stole a firearm which was moving as, or was a part of, or which had moved in, interstate commerce, in violation of 18 U.S.C. § 924(*l*).

On Monday, September 9, 2019, a trucking company located on Wilson Lane, Fort Wayne, Indiana, in the Northern District of Indiana, contacted New Haven Police Department (NHPD) to report firearms missing from a freight shipment at their facility. The freight shipment came from Shreveport, Louisiana and was to be delivered to sports store distribution center in Marion, Indiana. The sports store is a Federal Firearms Licensee. The trucking company initially believed that thirty firearms were stolen from the Louisiana shipment between Friday, September 6, 2019, and Sunday September 8, 2019.

2

The trucking company contacted the sports store to get a detailed shipping list so details of the missing firearms could be given to police. Later in the morning, Michael A. YODER, a supervisor at the trucking company, found a case of firearms outside one of the shipping dock doors.

On September 10, 2019, the trucking company contacted NHPD to complete the police report and reported a total of twelve firearms, all handguns, missing from the Louisiana shipment.

On September 11, 2019, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Fort Wayne Field Office received a call from a security manager at the trucking company, who requested ATF assistance with the investigation. ATF Special Agent (SA) Andrew Badowski, ATF SA Timothy Worthen and ATF Task Force Officer (TFO) Phil Ealing met with the security manager and the manager of the Fort Wayne trucking company terminal. After reviewing surveillance footage from the facility over the weekend (September 6 – September 8, 2019), the trucking company management believed that the theft was perpetrated by an employee of the trucking company. Management at the trucking company interviewed several employees of the company while SAs Badowski and Worthen and TFO Ealing went to the residence of YODER, an employee and supervisor at the trucking company who had gone home sick earlier in the day.

YODER resides on Wayne Trace, Fort Wayne, Indiana. SA Badowski knocked on the door and YODER's mother answered the door. SA Badowski identified himself as law enforcement and asked to speak to YODER. YODER came outside and talked to agents in his driveway. Agents asked YODER about the missing firearms from the shipment at the trucking company. YODER denied any involvement in or knowledge of the theft of the missing firearms. During the conversation, YODER seemed very lethargic. At one point, while sitting down talking with law enforcement agents, YODER stopped mid-sentence and fell asleep while sitting up for approximately thirty seconds. Agents were concerned that YODER appeared to be under the influence of narcotics. Agents asked YODER if he had taken any medicine or any drugs. YODER stated that he had not. Agents asked YODER for permission to look in his car, parked in the driveway, for the firearms. YODER gave consent. No firearms were found in the car but a large blue cooler with a white top with writing on it indicating it belonged to the trucking company was found in the car. Agents asked to look in YODER's bedroom in the house. YODER gave consent. In YODER's bedroom, Agents found two hypodermic needles and an empty plastic bag corner of the type which your Affiant knows, through training and experience, is commonly used for drug packaging. Agents asked YODER about the paraphernalia and YODER stated he uses heroin and had snorted the heroin in the baggie after

4

agents knocked on the door but before he came to the door to speak to them. No firearms were found in the bedroom. YODER continued to deny any knowledge of the firearms theft.

Agents returned to the trucking company facility. Once there, agents learned that an employee stated that YODER told him that he (YODER) had taken the firearms, removed them from their boxes, placed them in a cooler and put them in his car. The trucking company facility manager found video footage showing YODER's car leaving the trucking company facility on Sunday evening (September 8, 2019) with what appeared to be a large cooler with a white lid in the front passenger seat. The security manager also found video of a subject moving a box from outside the loading docks to inside the dock and then into the office area. The box size was similar to the missing case of handguns. During that time, the only employee at the trucking company facility was YODER and the lights in the loading dock area lost power.

On September 12, 2019, YODER came into work at the trucking company facility at his normal scheduled time and spoke to the security manager without law enforcement present. YODER admitted to taking the firearms and wanted to cooperate with police. The security manager called SA Badowski and informed him of YODER's statement. SA Badowski arrived at the trucking company facility and spoke to YODER. YODER agreed to go the NHPD and make a

5

recorded statement to investigators. Once at NHPD, Det. Moord and SA Badowski advised YODER of his *Miranda* rights. YODER waived his rights and agreed to speak to investigators. During the interview YODER stated he took two cases of firearms from the original shipping box but only took one case out of the trucking company facility. The other case was the same case that he told the manager he had found outside one of the loading docks on Monday, September 9, 2019. YODER stated he took the firearms out of their factory boxes, placed them in a blue cooler at the trucking company facility, then put them in his car and drove them out of the trucking company facility. YODER admitted that he later gave the stolen firearms to an individual in order to pay off a preexisting drug debt owed to the individual. YODER stated the cooler he had used to secrete the firearms out of the facility was the same cooler agents had found in his car the day before. YODER stated he has been using heroin for six to seven years. YODER stated he has been through rehabilitation three times and was sober for almost four years during that period. YODER stated his most recent stint of drug use began in October 2018, and he has been using heroin almost daily since February 2019.

Based on the above information, your Affiant has probable cause to believe that from on or about September 6, 2019 through and including on or about September 9, 2019, in the Northern District of Indiana, YODER knowingly

6

possessed a firearm in or affecting commerce while he was an unlawful user of or addicted to a controlled substance, knowing that he was an unlawful user of or addicted to a controlled substance, in violation of 18 U.S.C. § 922(g)(3), and that, from on or about September 6, 2019 through and including on or about September 9, 2019, YODER willfully and knowingly stole a firearm which was moving as, or was a part of, or which had moved in, interstate commerce, in violation of 18 U.S.C. § 924(*l*).

The foregoing facts are true to the best of your Affiant's knowledge and belief.

Further your Affiant sayeth naught.

_____
ATF SA Andrew Badowski

Subscribed and sworn to before me, this 13th day of September, 2019.

s/ Susan Collins
_____
Honorable Susan Collins
Magistrate Judge
United States District Court